FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

00 JAN -6 AM 9:59

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

JAN 6 2000

| | | |
|---|---|---|
| VERNER WILLIAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER |
| | ) | |
| TAMKO ROOFING PRODUCTS, INC., | ) | 98-C-2214-W |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION GRANTING MOTION TO AMEND**

In the ordinary course of things, this judge would unhesitatingly deny plaintiff Verner Williams' out-of-time motion to amend his complaint. But the rub is that if the motion is denied, the plaintiff would be entitled to file a new lawsuit, which would likely be consolidated with this case. Under these circumstances, the interests of judicial economy and justice would best be served by granting the requested leave to amend.

By separate order, the motion to amend will be granted.

DONE this 6th day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON